# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PAUL W. MERRITT,

    Plaintiff,

v.                                                          CASE NO. 4:08cv126-RH/WCS

FLORIDA PAROLE COMMISSION,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

      The Florida Parole Commission revoked plaintiff Paul W. Merritt's parole. The decision ultimately was overturned, but not until he had served more than five years in prison. Mr. Merritt now seeks an award of damages and declaratory relief against five current or former members of the Florida Parole Commission.

      The case is before the court on the magistrate judge's report and recommendation (document 42) and the objections (document 43). I have reviewed *de novo* the issues raised by the objections.

      The report correctly concludes that in their individual capacities, the commissioners have quasi-judicial immunity, thus barring the damages claim, and

that there is no basis for declaratory relief. In his objections, Mr. Merritt says he has sued the commissioners in their official capacities, too. But any claim against a commissioner in his or her official capacity is the equivalent of a claim against the state. The Eleventh Amendment bars such a claim in this court.

Mr. Merritt thus is not entitled to relief against the defendant commissioners. He originally named additional defendants as well: the Parole Commission; the Department of Corrections and its secretary; and the Palm Beach County Sheriff, Sheriff's Department, and one of its deputies. Mr. Merritt was not entitled to relief against those defendants, and the claims against them were dismissed or abandoned. But a judgment disposing of the claims still needs to be entered.

For these reasons,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The clerk must enter judgment stating: "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B). The dismissal is with prejudice as against the defendants Monica David, Judith A. Wolson, Frederick B. Dunphy, Kenneth W. Simmons, Jimmie Henry, and James V. Crosby, Jr., in their individual capacities. The dismissal is without prejudice as against the defendants Florida Parole Commission, Florida Department of Corrections, and Monica David, Judith A.

Wolson, Frederick B. Dunphy, Kenneth W. Simmons, Jimmie Henry, and James V. Crosby, Jr., in their official capacities.  The dismissal is with prejudice as against the defendant Robert W. Neumann and R. Demarisa in their individual and official capacities and as against the defendant Palm Beach County Sheriff's Department."

      3.  The clerk must close the file.

      SO ORDERED on December 1, 2009.

                                      <u>s/Robert L. Hinkle</u>
                                      United States District Judge